No. 04–5173. WRIGHT *v.* UNITED STATES. C. A. 3d Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 806] denied.

No. 04–6787. IN RE STEELE; and
No. 04–6806. IN RE WOODBERRY. Petitions for writs of habeas corpus denied.

No. 04–5996. IN RE CASIANO;
No. 04–6423. IN RE NORMAN; and
No. 04–6658. IN RE WALKER. Petitions for writs of mandamus denied.

No. 04–311. IN RE RESEARCH AIR, INC., ET AL.; and
No. 04–6170. IN RE SCRUGGS. Petitions for writs of mandamus and/or prohibition denied.

No. 03–1655. LEWIS, AS PARENT AND GUARDIAN OF LEWIS, ET AL. *v.* UNITED STATES ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10620. NELSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–10964. FRYE *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 04–157. REEVES *v.* FURNES. C. A. 11th Cir. Certiorari denied.

No. 04–174. JOYCE ET AL. *v.* EAST TENNESSEE NATURAL GAS Co.; and
No. 04–221. GOFORTH ET AL. *v.* EAST TENNESSEE NATURAL GAS CO. C. A. 4th Cir. Certiorari denied.

No. 04–175. MUNTAQIM, AKA BOTTOM *v.* COOMBE ET AL. C. A. 2d Cir. Certiorari denied.

No. 04–183. IACABONI *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.